Dismissed and Opinion filed May 30, 2002









Dismissed and Opinion filed May 30, 2002.

 

 

In The

 

Fourteenth Court of Appeals

_________________

 

NO. 14-01-00909-CV

____________

 

CLARA STEWART, Appellant

 

V.

 

TOMBALL REGIONAL HOSPITAL AUTHORITY D/B/A TOMBALL
REGIONAL HOSPITAL, Appellee

 



 

On
Appeal from the 234th District Court

Harris
County, Texas

Trial
Court Cause No. 00-54497

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed September 10, 2001.  

On May 23, 2002, appellant filed a motion
to dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered
dismissed.  

 

PER CURIAM

Judgment rendered and Opinion filed May 30, 2002.

Panel consists of Justices Hudson, Fowler, and
Edelman.

Do Not Publish C Tex. R. App. P. 47.3(b).